27 F.3d 930
 DIA NAVIGATION COMPANY, LIMITED, Appellant
v.
James POMEROY, District Director Immigration and
Naturalization Service; Chris Sale, Commissioner
Immigration and Naturalization Service;
Janet Reno, Attorney General
Department of Justice
 No. 93-5538.
 United States Court of Appeals,
Third Circuit
 Sept. 7, 1994.
 
 Present: HUTCHINSON, ROTH and ROSENN, Circuit Judges.
 
 ORDER
 ROTH
 
 1
 ORDERED that the petition for panel rehearing in the above-captioned matter is granted and the opinion filed therein is hereby vacated.